AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of NY

TARA L. CAIN AND REYNOLD ORIOL, Individually and as natural guardians of A.C. and R.C., each an infant, )
*Plaintiff* )
v. ) Civil Action No. 6:10-cv-06332-EAW-MWP
BRYAN TROMBLEY, MICHAEL JENNINGS and DION MIGLIORATTI, )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____%, plus post judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Jury found no cause in favor of defendants'.

This action was *(check one)*:

☒ tried by a jury with Judge  Elizabeth A. Wolford  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 06/23/2015

*CLERK OF COURT*

*[signature]*

*Signature of Clerk or Deputy Clerk*